IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | Case No. 14-24539 DER |
| **SHELBY J. MASSEY,** | * | (Chapter 13) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### LINE WITHDRAWING OBJECTION TO CHAPTER 13 PLAN

Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as trustee for Sunset Mortgage Loan Trust, Series 2014-1, by and through Selene Finance LP, its Servicer and Attorney-in-Fact ("Selene"), by its undersigned counsel, hereby withdraws its Objection to Chapter 13 Plan, filed on November 17, 2014 [Paper No. 12].

    /s/ Stephanie H. Hurley
Stephanie H. Hurley, Bar No. 16692
HOFMEISTER, BREZA & LEAVERS
11350 McCormick Road,
Executive Plaza III, Suite 1300
Hunt Valley, Maryland 21031
(410) 832-8822, ext. 213

*Counsel for Selene*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December, 2014, a copy of the foregoing was served on the parties listed below by first-class mail, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Shelby J. Massey
1315 Chesapeake Avenue
Middle River, MD 21220
*(Debtor)*

Nicholas J. Del Pizzo, III, Esq.
7222 Holabird Avenue
Baltimore, MD 21222
*(Attorney for Debtor)*

Ellen W. Cosby
300 E. Joppa Road,
Suite 409
Towson, MD 21286
*(Trustee)*

                                                    /s/ Stephanie H. Hurley
                                                  Stephanie H. Hurley